```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 08/02/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------- x
**JILLIAN LUGO,** *on behalf of herself and all others similarly situated*,

                            **Plaintiff,**      **21-CV-2617 (ALC)**

             -against-     **ORDER**

**PUERTO RICAN FAMILY INSTITUTE, INC.,**

                            **Defendant.**
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      The Court held a pre-motion conference on August 2, 2021 at 11:00 a.m. In accordance with today's conference, the parties are hereby ORDERED to submit a joint status report by no later than September 16, 2021 including on whether the parties have been able to reach a resolution, and if not, proposing a briefing schedule for Defendant's motion to dismiss.

**SO ORDERED.**

**Dated:**     **August 2, 2021**
                **New York, New York**

                                      */s/ Andrew L. Carter, Jr.*
                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**