UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JILLIAN LUGO,                                                                          Docket No.: 21-cv-02617 (ALC)

                    Plaintiff,

      -against-                                                                          **FED. R. CIV. P. 68 OFFER**
                                                                                                               **OF JUDGMENT**

PUERTO RICAN FAMILY INSTITUTE, INC.,

                    Defendant.
------------------------------------------------------------------------X

**WHEREAS**, on September 15, 2021, Defendant, Puerto Rican Family Institute, Inc., offered that Plaintiff Jillian Lugo ("Plaintiff"), take judgment against it in this action pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 68 in the amount of Twelve Thousand Dollars and Zero Cents ($12,000.00), inclusive of attorneys' fees and costs; and

**WHEREAS**, on September 15, 2021, Plaintiff filed her Notice of Acceptance of this offer; it is **HEREBY ORDERED and ADJUDGED** that judgment is hereby entered pursuant to Fed. R. Civ. P. 68 in favor of Plaintiff, as against Defendant, Puerto Rican Family Institute, Inc., in the amount of Twelve Thousand Dollars and Zero Cents ($12,000.00).

SO ORDERED, on the 16th day of September 16, 2021, New York, New York:

_____
The Honorable Andrew L. Carter, Jr., U.S.D.J.

1